# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00429-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. BELIA MONSIVAIZ,

      Defendant.

---

## MINUTE ORDER[1]

---

      A Notice of Disposition was filed on April 1, 2013. A Change of Plea hearing is set for **May 30, 2013**, at 10:00 a.m. **Counsel for the parties shall deliver a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than <u>48 hours</u> before the hearing date**. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. Counsel shall then bring with them on the date of the hearing an original and one (1) copy of the statement in advance and the plea agreement.

      The **Plea Agreement and Statement Relevant to Sentencing** required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall also include a separate section enumerating and identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty or nolo contendere.

      **IT IS FURTHER ORDERED** that, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated: April 1, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.