**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00429-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BELIA MONSIVAIZ,

    Defendant.

---

## MINUTE ORDER[1]

---

    At the oral request of the parties, the change of plea hearing set for May 30, 2013, is **VACATED** and is **RESET** to **May 29, 2013**, at 2:00 p.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: April 1, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.