# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00429-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. JOEL ERNESTO MONSIVAIZ-PINA,

    Defendant.

# MINUTE ORDER[1]

    A **Notice of Disposition** [#68] has been filed with the court on April 4, 2013. The request of the parties to contact the court to set a date for the change of plea hearing is granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That on **April 10, 2013**, commencing at 9:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing; and

    2. That counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 5, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.